**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| QUICKVAULT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TANIUM INC.,<br>AUTONATION, INC.,<br>BAE SYSTEMS, INC., and<br>HONEYWELL INTERNATIONAL INC.<br><br>Defendants. | Case No.: 1-23-cv-01364-ADA<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF STEVEN BACASTOW IN SUPPORT OF QUICKVAULT, INC.'S OPPOSITION TO TANIUM INC.'S MOTION TO SEVER, STAY, AND TRANSFER**

I, Steven Bacastow, am the Secretary of Plaintiff QuickVault, Inc. ("QuickVault"). My business address is 1400 Marketplace Blvd. Ste 226, Cumming, GA, 30041. I have personal knowledge of the matters stated herein, I am over the age of 18 years, and I am competent to make this affidavit.

1. I am the corporate representative of QuickVault in this matter.

2. QuickVault met extensively with Austin-based ClearDATA Networks, Inc. in 2017 to discuss potentially piloting QuickVault's CloudVault® product. During this timeframe, we configured a version of our CloudVault® product for ClearDATA's use and evaluation. Under NDA we also disclosed

confidential features of the CloudVault® patented technology. These features included a configurable visualization module that can be used to conduct risk assessments on target endpoints. Although ClearDATA was pleased with the results of the evaluation, due to other priorities, the company ultimately did not pilot the CloudVault® product.

3. QuickVault's CloudVault® product is described in paragraphs 2 and 3 of the Corrected Second Amended Complaint for Patent Infringement (Dkt. 31).

4. I have no objection to travelling to the Western District of Texas for matters pertaining to this case, including trial.

I, declare under penalty of perjury that the foregoing is true and correct. Executed on April 17, 2024, in Cumming, Georgia.

Steven Bacastow